# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NATE WALKER

NO. 2022 KW 0061

**APRIL 8, 2022**

---

In Re:    Nate Walker, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 22852.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED AS MOOT.** The records of the Ascension Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on June 12, 2021.

**JEW**
**MRT**

   **McClendon, J.,** dissents in part and would order the district court to provide relator with a copy of the ruling, if it has not already done so.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT